UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson,**

      Plaintiff,

  v.

**Ajay Oil, Inc.**

      Defendants.

Case No.: 2:16-cv-02892-TLN-EFB

**[PROPOSED] ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION**

Date:     8/5/20
Time:    09:30 AM
Courtroom:  8

**ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Rajesh Mahendroo, Agent Ajay Oil, Inc., is continued from 5/6/20 to 8/5/20 at 9:30 a.m. in Courtroom 8 at 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: May 5, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

~~Proposed~~ Order