UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>Plaintiff,<br><br>v.<br><br>**Ajay Oil, Inc.**<br><br>Defendants. | Case No.: 2:16-cv-02892-TLN-EFB<br><br>[~~PROPOSED~~] ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION<br><br>Date:  10/28/20<br>Time:  09:30 AM<br>Courtroom:  8 |

### ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Rajesh Mahendroo, Agent Ajay Oil, Inc., is continued from 8/5/20 to 10/28/20 at 9:30 a.m. in Courtroom 8 at 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: August 3, 2020.

_____
Edmund F Brennan
US Magistrate Judge

~~Proposed~~ Order